01

02

03

04

05

06                             UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON

07                                  AT SEATTLE

08  UNITED STATES OF AMERICA,        )

                                    )   CASE NO. CR11-275-RSL

09        Plaintiff,              )

                                    )

10        v.                     )

                                    )   DETENTION ORDER

11  RAPINDER SINGH SIDHU,          )

                                    )

12        Defendant.            )

   _____)

13

14  <u>Offense charged</u>:     Conspiracy to Export Cocaine

15  <u>Date of Detention Hearing</u>:   February 19, 2013.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21           <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        1.     Defendant is a citizen and resident of Canada.  He was not interviewed by

DETENTION ORDER
PAGE -1

01 Pretrial Services.   His background information is unknown or unverified.   He does not contest

02 detention at this time.

03     2.     There does not appear to be any condition or combination of conditions that will

04 reasonably assure the defendant's appearance at future Court hearings while addressing the

05 danger to other persons or the community.

06 It is therefore ORDERED:

07     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

08         General for confinement in a correction facility separate, to the extent practicable, from

09         persons awaiting or serving sentences or being held in custody pending appeal;

10     2.  Defendant shall be afforded reasonable opportunity for private consultation with

11         counsel;

12     3.  On order of the United States or on request of an attorney for the Government, the

13         person in charge of the corrections facility in which defendant is confined shall deliver

14         the defendant to a United States Marshal for the purpose of an appearance in connection

15         with a court proceeding; and

16     4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

17         for the defendant, to the United States Marshal, and to the United State Pretrial Services

18         Officer.

19     DATED this <u>19th</u> day of February, 2013.

20

21     Mary Alice Theiler
       United States Magistrate Judge

22

DETENTION ORDER
PAGE -2